IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD K. RASH and NATALIYA RASH                               PLAINTIFFS

v.                              No. 4:16-cv-124-DPM

METHODIST FAMILY HEALTH, INC.                                   DEFENDANT

ORDER

Joint motion, № 20, noted. The Court is not persuaded by *Schneider v. Habitat for Humanity International, Inc.*, No. 5:14-cv-5230, № 25 (W.D. Ark. 5 Feb. 2015) and the like cases cited. The settlement agreement will be part of the public record if the Court approves it. *Arkansas Best Corp. v. General Electric Capital Corp.*, 317 Ark. 238, 247, 878 S.W.2d 708, 712 (1994); *Delock v. Securitas Security Services USA, Inc.*, No. 4:11-cv-520-DPM, № 70 (E.D. Ark. 16 Nov. 2012). The parties may file their proposed agreement under seal if they want to; but if it's approved as fair, reasonable, and adequate, the Court will unseal it. Proposed agreement due by 8 November 2016 unless this Order means there's no settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_1 November 2016_