IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD K. RASH and NATALIYA RASH           PLAINTIFFS

v.           No. 4:16-cv-124-DPM

METHODIST FAMILY HEALTH, INC.           DEFENDANT

ORDER

The Court approves the parties' proposed settlement agreement. № 23-1. Overall, the deal is fair, reasonable, and adequate. *In re Flight Transportation Corp. Securities Litigation*, 730 F.2d 1128, 1135 (8th Cir. 1984). And the portion devoted to attorney's fees and expenses is reasonable, so the Court doesn't need to see billing records. The joint motion to approve the settlement and to dismiss with prejudice, № 23, is granted. The earlier joint motion, № 20, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 November 2016