IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD K. RASH and NATALIYA RASH                            PLAINTIFFS

v.                         No. 4:16-cv-124-DPM

METHODIST FAMILY HEALTH
FOUNDATION, INC.; and
METHODIST FAMILY HEALTH, INC.                               DEFENDANTS

JUDGMENT

All the Rashs' claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 November 2016